FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2006 OCT 27 PM 3: 25

CLERK _____
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | |
|---|---|
| PAUL MARVIN HOOD, | ) |
| Plaintiff, | ) )  |
| v. | ) ) Case No. CV606-61 |
| WAYNE JOHNSON, RICHARD PETTY, and WARDEN BILLY TOMPKINS, | ) ) ) ) |
| Defendants. | ) ) |

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this 27th day of October, 2006.

_____
WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA